LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
TEICHERT & ASSOCIATES, APC
1322 F Street
Sacramento, CA  95814
Telephone: (916) 441-4410

Attorney for Defendant
TARSEM SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr. S-07-570 FCD |
| Plaintiff, | |
| v. | REQUEST TO CALENDAR FOR REQUEST FOR MODIFICATION |
| TARSEM SINGH, | OF BAIL RELEASE CONDITIONS, ORDER |
| Defendant. | |

On or about December 18, 2007, Defendant, Tarsem Singh, was ordered released on a $100,000 secured bond by the Honorable Edmund F. Brennan.  At that time, it was believed that some combination of property, including four commercial trucks, a mobile home, and a family residence, were available to meet this amount.  It was subsequently learned that this is not the case.  However, it is believed that a combination of conditions exists which will reasonably assure the appearance of the Defendant as required.  These include the surrender to the Court of titles to approximately $50,000 in vehicles (two commercial trucks and three personal vehicles of close family members), an agreement to forfeit the equity in Defendant's wife's mobile home, and an unsecured appearance bond signed by Defendant's brother-in-law, Bagavan Singh.  In addition, Bagavan Singh and/or John Kirk, an attorney and family friend, is/are willing to act as a third party custodian(s) of the Defendant.  The Defendant has previously surrendered his passport to the Court in this matter.

For the foregoing reasons, the Defendant respectfully requests that the Court calendar this matter for Monday, February 11, 2008 at 2:00 p.m. to consider his request to modify his conditions of release to allow the surrender of the above-described vehicle titles, the forfeiture of all equity in the above-described mobile home, the posting of a combination of secured and unsecured bonds with the Court, and the designation of a third party custodian to secure his release in the pending matter.

Dated: February 7, 2008                                    Respectfully submitted,


    /s/ Lorie J. Teichert
LORIE J. TEICHERT
Attorney for Defendant


**ORDER**

IT IS HEREBY ORDERED that the above-entitled matter be calendared for Monday, February 11, 2008 at 2:00 p.m. for the Court's consideration of a modification of Defendant's release conditions.

DATED:  February 8, 2008.

_____
U.S. MAGISTRATE JUDGE