FILED
February 11, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )    Case No.  2:07-cr-570 FCD
         Plaintiff,              )
                                 )
v.                               )    ORDER FOR RELEASE
                                 )    OF PERSON IN CUSTODY
Tarsem Singh,                    )
                                 )
         Defendant.              )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Tarsem Singh  Case 2:07-cr-570 FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $100,000 co-signed by Ranjit Kaur, Manisha Goodwin and Bagavan Singh. Secured bond to be posted as well, securing approximately $66,000. (cj)

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) PTS conditions/supervision;

Issued at Sacramento, CA on 2/11/08 at 3:18 pm

By _____
Kimberly J. Mueller,
United States Magistrate Judge