LORIE J. TEICHERT [State Bar #142271]
TEICHERT & ASSOCIATES, P.C.
1322 F Street
Sacramento, California 95814
Telephone: (916) 441-4410
Facsimile: (916) 441-4202

Attorney for Defendant
TARSEM SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-07-570 FCD |
| Plaintiff, | **PROPOSED ORDER TO ACCEPT WAIVER OF DEFENDANT'S PRESENCE** |
| v. | (Rule 43(c), F.R.Cr.P.) |
| TARSEM SINGH, | |
| Defendant. | |

Defendant, TARSEM, by and through his attorney, hereby respectfully requests that this Court, pursuant to Rule 43(c) of the Federal Rules of Criminal Procedure, permit him to waive his personal presence at the hearing of any motion or other proceeding in this case, including, but not limited to, the Status Conference set for February 25, 2008 at 10:00 a.m., when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except for impanelment of jury, trial, entry of plea, or sentencing. The Defendant makes this request for the following reasons:

1. The Defendant resides in Washington State with his wife, Ranjit Kaur, and his elderly parents, Gurdial Singh and Sudarshan Kaur. Both of his parents are elderly and is wife suffers from cancer. He is the sole provider for his household. Shortly after his initial appearance on December 13, 2007, the Defendant was ordered released upon the posting of a secured appearance bond in the amount of $100,000.00. However, the Defendant remained in custody as his family was unable to secure this amount. On February 11, 2008,

the Court modified his release conditions to allow his release upon a combination of secured and unsecured bonds.    Defendant's extended absence from the home has caused his family severe financial distress. In addition, his family members have made two trips to California to attend bail hearings which have caused additional significant unexpected expenses. On February 12, 2008, he will return to Washington to re-gain employment in order to support his family. Pretrial Services will be making a request for courtesy supervision in Defendant's home state so that he may continue to maintain stability in employment and residence. Defendant qualifies for court appointed counsel and, as such, has been appointed this writer, Lorie J. Teichert, as his counsel under the Criminal Justice Act.  Travel to this District on February 25, 2008 and other one day appearances would be unduly burdensome for this defendant.

2. Defendant has filed herein a Written Waiver of his Presence pursuant to Federal Rule of Criminal Procedure 43(c) waiving his right to be present in person in court upon the hearing of motions or other proceedings as described above, affirming that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizing his attorney, or her designee, to set times and delays under that Act without his being present, and agreeing to be present in court and ready for trial on any day and hour the court may fix in his absence.

A proposed order is attached for the court's convenience.


Dated:   2/11/08                                          Respectfully submitted,

    /s/ Lorie J. Teichert  
LORIE J. TEICHERT  
Attorney for Defendant


**Affidavit of Defense Counsel**

I prepared the foregoing Motion for Acceptance of Defendant's Waiver of Presence on Defendant's behalf  and hereby affirm that all factual representations made therein are true and correct, to the best of my knowledge and recollection, and that I have fully discussed the matters contained therein with the Defendant.

I declare that the foregoing is true and correct.

Dated: February 11, 2008                             /s/ Lorie J. Teichert  
LORIE J. TEICHERT  
Attorney for Defendant

**Affidavit of Defendant**

I, Tarsem Singh, Defendant herein, affirm that I have fully discussed the foregoing Motion for Acceptance of Defendant's Waiver of Presence with my attorney and that I concur in said request. I have fully discussed my rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act) with my attorney and I authorize my attorney, or her designee, to set times and delays under that Act without my being present pursuant to my written Waiver of Defendant's Presence filed herein.

I declare that the foregoing is true and correct.

Dated:   2/11/08                             /s/ Tarsem Singh
                                            TARSEM SINGH

**ORDER**

For the reasons set forth above and in the affidavit of counsel and of the defendant, the Court finds that good cause has been shown and the Motion for Acceptance of Defendant's Waiver of Presence on behalf of Defendant, Tarsem Singh, is hereby GRANTED.

Dated: February 15, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE