**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

United States of America,

        Plaintiff(s),

Case No. CR 07-570 FCD

v.

Tarsem Singh, et al.

        Defendant(s).

    I, John R. Crowley, attorney for Tarsem Singh, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | The Crowley Law Firm |
| Address: | P. O. Box 4039 |
| City: | Seattle |
| State: | Washington    ZIP Code: 98194 |
| Voice Phone: | (206) 625.7500 |
| FAX Phone: | (206) 625.1223 |
| Internet E-mail: | john@johncrowleylawyer.com |
| Additional E-mail: | _____ |
| I reside in City: | Bainbridge Island, Washington 98110 |

    I was admitted to practice in the State of Washington (court) (WSBA #19868) on 11.10.1990. I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

    I have ☐ / have not X concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         C. David Eyster, ESQ.

Firm Name:    Law Office of Duncan James

Address:      445 North State Street

City:         Ukiah

State:        California   ZIP Code: 95482-1381

Voice Phone:  (707) 468.9271

FAX Phone:    (707) 468.0453

E-mail:       eyster@duncanjames.com

Dated: 06/11/08    Petitioner: /s/ John R. Crowley

**ORDER**

IT IS SO ORDERED.

Dated: June 17, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE