1  JOHN R. CROWLEY, ESQ. WSBA# 19868
   THE CROWLEY LAW FIRM, PLLC
2  SMITH TOWER
   506 SECOND AVENUE, SUITE 1015
3  SEATTLE, WASHINGTON 98104
   PHONE: (206) 625-7500
4  EMAIL: JOHN@JOHNCROWLEYLAWYER.COM

5

6

7
         **IN THE UNITED STATES DISTRICT COURT FOR THE**
8              **EASTERN DISTRICT OF CALIFORNIA**

9  UNITED STATES OF AMERICA,
                                    NO. 2:07-CR-00570 FCD
10         Plaintiff,
                                    STIPULATION AND ORDER
11     v.

12
   TARSEM SINGH,
13
           Defendant.
14

15

16     The defendant, through undersigned counsel, and the United
17 States, through its undersigned counsel, agree and stipulate
18 that the status conference hearing currently scheduled for
19 Monday, November 2, 2009, at 9:30 a.m. should be vacated and
20 continued until Monday, **November 16, 2009**, at 10:00 a.m. for
21 status conference.
22     The continuance is necessary so as not to waste the
23 resources required to travel to Sacramento on the current
   scheduled date of the status conference as Mr. Tarsem Singh is

scheduled to enter a plea of guilty on November 16, 2009 at 10:00 A.M. and so that counsel for Mr. Singh may meet with and advise his client as he lives outside of the Eastern District of California and as far as Whatcom County, Washington (a Canadian border county).

The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] up to and including November 16, 2009.

Dated: October 30th, 2009

TARSEM SINGH
Defendant

By:/s/ John R. Crowley
JOHN R. CROWLEY
Counsel for Defendant

Dated: October 30th, 2009

Prosecutor

By:/s/ Heiko Coppola
Heiko Coppola
Asst. US District Attorney

**IT IS SO ORDERED.**

Dated:  October 30, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE