JOHN R. CROWLEY, ESQ. WSBA# 19868
THE CROWLEY LAW FIRM, PLLC
SMITH TOWER
506 SECOND AVENUE, SUITE 1015
SEATTLE, WASHINGTON 98104
PHONE: (206) 625-7500
EMAIL: JOHN@JOHNCROWLEYLAWYER.COM

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TARSEM SINGH,<br><br>    Defendant. | NO. 2:07-CR-00570 FCD<br><br>STIPULATION AND ORDER |

The defendant, through undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Monday, November 16, 2009, at 10:00 a.m. should be vacated and continued until Monday, **November 23, 2009**, at 10:00 a.m. for status conference.

The continuance is necessary because counsel for the defendant, John Crowley Esq., has been assigned by the Yakima Superior Court to start trial in the case of State of

STIPULATION AND ORDER

1  Washington vs. Elias Eschevarria in Yakima on Monday, November
2  16.
3      Furthermore, Defense has contacted the Assistant US
4  Attorney, Haiko Coppola, asking if the prosecution would oppose
5  a motion to continue and he has said he would not oppose. He
6  has given us his permission to affix his electronic signature
7  to this motion.
8      Last, the parties agree and stipulate that time should be
9  excluded under the Speedy Trial Act due to needs of counsel to
10 prepare [local code T4] up to and including November 23, 2009.

Dated: November 12th, 2009

                                          TARSEM SINGH
                                          Defendant

                                    By:/s/ John R. Crowley
                                      JOHN R. CROWLEY
                                    Counsel for Defendant

Dated: November 12th, 2009

                                          Prosecutor

                                    By:/s/ Heiko Coppola
                                       Heiko Coppola
                                    Asst. US District Attorney

**IT IS SO ORDERED.**

DATED: November 12, 2009

                          _____
                          FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER