# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TARSEM SINGH, et al.<br><br>        Defendant. | NO. CR **2:07-00570 FCD**<br><br>ORDER GRANTING STIPULATED MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE |

After consideration of the files herein, defendant's stipulated motion for modification of conditions of release is hereby GRANTED. The defendant's bond shall be modified to include a $100,000.00 bond, with $35,000.00 of the bond to be secured by: 1990 Volvo/WHGM Commercial Truck (owned by Ranjit Kaur; 1992 Ford Service Truck(owned by Ranjit Kaur); 1986 Dodge Caravan (owned by Ranjit Kaur); and the 1992 Fleetwood Berkshire Mobile Home located at 31813 21st Avenue South, Federal Way, Washington 98023. The remaining $65,000.00 of the

PROPOSED ORDER GRANTING STIPULATION FOR MODIFICATION OF CONDITIONS OF RELEASE

The Crowley Law Firm, PLLC
Smith Tower
506 Second Avenue, Suite 1015
Seattle, Washington  98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223

1  bond shall be unsecured and co-signed by the defendant and his
2  wife, Ranjit Kaur.
3      In addition, Bagawan Singh and Manisha Goodwin shall be
4  removed as sureties from the original secured bond filed with
5  the Court on February 14, 2008, and the titles to their
6  vehicles (1995 Buick Regal, VIN# 2G4WB52LOS1437525 and the 2002
7  Toyota Sequoia CIN# JT3HN86R829069658) shall be released to
8  them.
9      All previously ordered conditions of release shall remain
10 in full force and effect.
11     Dated:  December 1, 2010

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER GRANTING STIPULATION FOR
MODIFICATION OF CONDITIONS OF RELEASE

The Crowley Law Firm, PLLC
Smith Tower
506 Second Avenue, Suite 1015
Seattle, Washington  98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223